# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

40 ACRES & 1 MULE, LLC, on behalf of themselves and all others similarly situated and GO SCORE, LLC, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

NETWORK SOLUTIONS LLC and WEB.COM GROUP, INC,

    Defendants.

Case No. 3:23-cv-1071-TJC-MCR

## **O R D E R**

Upon review of the Notice of Resolution (Doc. 59), filed on October 6, 2023, in which the parties requested the Court dismiss this action, this case is dismissed with prejudice.* The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies: Counsel of record

---

\* The rights of the alleged class are not affected by this settlement.